IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **PETER J. VILLAFANA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv106-MHT |
| | ) | (WO) |
| **STEVEN T. MARSHALL,** | ) | |
| **et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that, during an arrest, he was seriously injured and suffered a heart attack and that he did not receive timely treatment, resulting in permanent heart damage. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and to comply with an order to file an amended complaint. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of January, 2025.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE